ACCEPTED
05-16-00973-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/31/2018 2:06 PM
LISA MATZ
CLERK



# Dallas County
## Public Defender's Office

January 31, 2018

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

1/31/2018 2:06:46 PM
LISA MATZ
Clerk

Ms. Lisa Matz, Clerk
Fifth Court of Appeals
600 Commerce Street, Suite 200
Dallas, Texas 75202-4658

> RE:     *Billy Joe McClain v. State of Texas*
>         Trial Court No.:      F15-30579-J
>         Appellate Court No.:  05-16-00973-CR

**Certification of Compliance with Rule 48.4**

Dear Ms. Matz:

Pursuant to Rule 48.4 of the Texas Rules of Appellate Procedure, I certify that on August 2, 2017, I sent to Mr. McClain a copy of this Court's opinion and judgment, along with notification of his right to file a pro se petition for discretionary review under Rule 68. This notification was sent certified mail, return receipt requested, to Mr. McClain at his last known address.

I have enclosed a copy of the return receipt, received by our office on August 21, 2017. The date of delivery is reflected as August 14, 2017. Please include this letter in the official papers in this cause.

Thank you for your assistance in this matter.

Sincerely,

/s/ *Julie Woods*
Julie Woods
Assistant Public Defender

Enclosure
cc: Dallas County Criminal District Attorney's Office, Appellate Section

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Billy Joe McClain
TDCJ # 02031324
Lindsey State Jail
1620 Old Post Road
Jacksboro, Texas 76458

9590 9402 2431 6249 3684 35

2. Article Number (Transfer from service label)

7015 1730 0001 8721 6142

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  M. Whitsitt
☐ Agent
☐ Addressee

B. Received by (Printed Name)
M. WHITSITT

C. Date of Delivery
8-14-17

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt